UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
:
VS. : ORDER
:
MANUEL JIMENEZ-AGUILAR :
: CR. NO.13-9301(NLH)
:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 5th day of February, 2013,

ORDERED that Richard Coughlin, Federal Public Defender for the District of New Jersey, Maggie Moy, AFPD is hereby appointed to represent said defendant in this case until further order of the Court.

_____
NOEL L. HILLMAN,
UNITED STATES DISTRICT JUDGE